IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          **Plaintiff,**<br><br>    vs.<br><br>JODY CASILLAS, RYAN GABEL, ANDREA TRACY and DONALD MONRRISSEY,<br><br>          **Defendants.** | 8:16CR76<br><br>ORDER |

      This matter is before the court on defendant Donald Morrissey's unopposed motion to continue trial [143], defendant Andrea Tracy's unopposed motion to continue trial [146] and defendant Ryan Gabel's resistance to motion to continue [145]. Counsel for Morrissey requests additional time to resolve the matter and has filed a waiver of speedy trial [144]. Counsel for defendant Tracy indicates that defendant is an active participant in a treatment program that has not concluded. For good cause shown,

      **IT IS ORDERED:**

      1. Donald Morrissey's unopposed motion to continue trial [143] is granted, defendant Andrea Tracy's unopposed motion to continue trial [146] is granted, and defendant Ryan Gabel's resistance to motion to continue [145] is denied.

      2. The jury trial, **for all defendants**, currently set for August 18, 2016 is continued to **October 11, 2016.**

      3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 11, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      DATED August 18, 2016.

                                                                  BY THE COURT:

                                                                   s/ F.A. Gossett
                                                                   **United States Magistrate Judge**